**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**DARLENE PETERSIME,**

    Plaintiff(s),

**-vs-**

                            **CASE NO.     3:10-cv-358**

                            **District Judge Timothy S. Black
Magistrate Judge Michael R. Merz**

**COMMISSIONER
OF SOCIAL SECURITY,**

    Defendant(s).

---

### JUDGMENT IN A CIVIL CASE

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** that the Report and Recommendations of the United States Magistrate Judge (Doc. 14) is **ADOPTED IN ITS ENTIRETY**; that the Plaintiff's Objections (Doc. 15) are **OVERRULED**; that the Commissioner's Decision that Plaintiff is not disabled is **AFFIRMED**; and this case is **TERMINATED.**

Date:   August 31, 2011                      **JAMES BONINI, CLERK**

                                               By: <u>s/ M. Rogers</u>
                                                Deputy Clerk